IN THE UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HIRAM LEBRON FIGUEROA, | : |
| Petitioner | : |
| v. | : CIVIL NO. 4:CV-14-2180 |
| J. A. ECKARD, | : (Judge Brann) |
| Respondent | : |

## **ORDER**

November 14, 2014

In accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED THAT**:

1. The Clerk of Court is directed to **TRANSFER** this case to the United States District Court for the Eastern District of Pennsylvania.

3. The Clerk of Court is directed to **CLOSE** the case.

BY THE COURT:

s/ Matthew W. Brann
Matthew W. Brann
United States District Judge

1